

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

August 7, 2025

**BY ECF and EMAIL**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

REQUEST GRANTED.
The Sentencing hearing previously set for August 14, 2025 is rescheduled to August 20, 2025 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.

8/8/2025   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:  <u>United States v. Kenyatta Epps</u>, 25 Cr. 83 (LJL)

Dear Judge Liman:

      The Government respectfully writes, with the consent of defense counsel, to request a short adjournment of the sentencing in the above captioned case, which is scheduled for August 14, 2025, at 11:00 a.m. The undersigned AUSA can no longer attend the sentencing at that date and time. After collecting availability from Your Honor's chambers and defense counsel, the Government respectfully requests that the sentencing be adjourned to August 20, 2025, at 2:00 p.m. This is the Government's first request to adjourn Mr. Epps's sentencing date.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney
      Southern District of New York

      By: <u>/s/ Jared D. Hoffman</u>
      Jared D. Hoffman
      Assistant United States Attorney
      Tel: (212) 637-1060

cc:      Amy Gallicchio, Esq. (by ECF and Email)